# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142627(94)(95)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH LASHAWN VAUGHN,
      Defendant-Appellant.

SC:    142627
COA: 292385
Wayne CC:   02-011197-FC

_____

On order of the Chief Justice, the motion by the Attorney General for leave to participate in oral argument is considered and it is granted to the extent that the Attorney General may present oral argument limited to eight minutes of the time allotted to plaintiff-appellant.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2012

Clerk